Sang v. Arnett, et al                                                                                                     Doc. 30

FILED

06 SEP -7 PM 3:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TAEK SANG YOON,<br><br>                Plaintiff,<br>vs.<br><br>N.J. ARNETT, et al.,<br><br>                Defendant. | CASE NO. 05CV1101-H (BLM)<br><br>ORDER RE PLAINTIFF'S SECOND AMENDED COMPLAINT |
|---|---|

On August 31, 2006, Plaintiff filed a second amended complaint. However, Plaintiff did not file a proof of service as required by Civil Local Rule 5.2. It also appears that he has not served Defendants as required by Civil Local Rule 4.1(d). Therefore, the Court will provide defense counsel, the Attorney General of the State of California ("the Attorney General"), with a copy of the second amended complaint. The Attorney General shall file a responsive pleading pursuant to Fed. R. Civ. P. 12 on or before **October 2, 2006**. In the future, all documents filed with the Court must comply with the procedural requirements of the Civil Local Rules. Additionally, the Court reserves ruling on Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: 9/7/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -

06cv1101-h (blm)

Dockets.Justia.com

1  **COPIES TO:**
   Taek Sang Yoon, Pro Se
2  Prisoner # 67861
   California Rehabilitation Center
3  P.O. Box 3535
   Norco, CA 91760
4
   Attorney General
5  State of California
   Office of the Attorney General
6  110 West A Street, Suite 1100
   San Diego, CA 92101-5266
7