FILED
2006 SEP 15 AM 8:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAEK SANG YOON,<br><br>   Plaintiff,<br>vs.<br>N.J. ARNETT, et al.,<br><br>   Defendant. | CASE NO. 05CV1101-H (BLM)<br><br>**AMENDED ORDER** |

On August 31, 2006, Plaintiff filed a second amended complaint. The Court is currently screening the second amended complaint pursuant to its authority under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). Therefore, the officers of the Court have not served Defendants with a summons and copy of the complaint under 28 U.S.C. § 1915(d). Accordingly, Defendants are not required to file a responsive pleading until 20 days from the date of service, pursuant to Fed. R. Civ. P. 12.

IT IS SO ORDERED.

Dated: 9/13/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**COPIES TO:**
Taek Sang Yoon, Pro Se
Prisoner # 67861
California Rehabilitation Center
P.O. Box 3535
Norco, CA 91760

Attorney General
State of California
Office of the Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101-5266