FILED
2006 SEP 15 AM 8:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TAEK SANG YOON, | CASE NO. 05CV1101-H (BLM) |
|---|---|
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| N.J. ARNETT, et al., | |
| Defendant. | |

On August 31, 2006, Plaintiff filed a second amended complaint. The Court is currently screening the second amended complaint pursuant to its authority under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). Therefore, the officers of the Court have not served Defendants with a summons and copy of the complaint under 28 U.S.C. § 1915(d). Accordingly, Defendants are not required to file a responsive pleading until 20 days from the date of service, pursuant to Fed. R. Civ. P. 12.

IT IS SO ORDERED.

Dated: 9/13/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 2 -

1  **COPIES TO:**
2  Taek Sang Yoon, Pro Se
   Prisoner # 67861
3  California Rehabilitation Center
   P.O. Box 3535
4  Norco, CA 91760

5  Attorney General
   State of California
6  Office of the Attorney General
   110 West A Street, Suite 1100
7  San Diego, CA 92101-5266

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28